[No. 8330–9–I.   Division One.   March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v.
JERRY MACKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00654–4, Frank H. Roberts, Jr., J., entered December 12, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 8377–5–I.   Division One.   March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JANETTE
BLECKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–04038–8, Dennis J. Britt, J., entered January 4, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Swanson and Andersen, JJ.

[No. 8197–7–I.   Division One.   March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
SIMMS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00024–2, Daniel T. Kershner, J., entered October 29, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.